**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DEBRA SAGE**                                                                      **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO.: 3:24-cv-392-SA-RP**

**MORTGAGETRADE HOLDING CO., LLC**                                **DEFENDANT**

## JOINT STIPULATION TO WAIVE SERVICE

Without waiving any defenses or objections, except as to service, Defendant MortgageTrade Holding Co., LLC agrees to waive the service of a summons in this action. The undersigned counsel agree that Defendant shall file a responsive pleading to the Amended Complaint on or before March 10, 2025.

Respectfully submitted, this 5th day of February, 2025.

AGREED TO BY:

/s/ Nick Norris                                            /s/ Whitney J. Jackson
Louis H. Watson, Jr. (MSB #9053)               J. William Manuel (MSB #9891)
Nick Norris (MSB #101574)                           Whitney J. Jackson (MSB #106120)
**WATSON & NORRIS, PLLC**                         **BRADLEY ARANT BOULT CUMMINGS LLP**
4209 Lakeland Drive, Suite 365                     One Jackson Place
Flowood, Mississippi 39232                            188 E. Capitol Street, Suite 1000
Telephone: (601) 968-0000                            Jackson, Mississippi 39201
Facsimile: (601) 968-0010                             Telephone: (601) 948–8000
louis@watsonnorris.com                                 Facsimile: (601) 948–3000
nick@watsonnorris.com                                  wmanuel@bradley.com
                                                                      wjackson@bradley.com


*Attorneys for Plaintiff*                                  *Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have on this date served the foregoing via ECF filing system, which will provide notice to all counsel of record.

*/s/ Whitney J. Jackson*
Whitney J. Jackson
