# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**DEBRA SAGE**                                                                                                **PLAINTIFF**

**v.**                                                           **CIVIL ACTION NO.: 3:24-cv-392-SA-RP**

**MORTGAGETRADE HOLDING CO., LLC**                           **DEFENDANT**

### DEFENDANT MORTGAGETRADE HOLDING CO., LLC'S
### MOTION TO AMEND ITS MEMORANDUM IN SUPPORT OF RESPONSE IN
### OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS

Defendant MortgageTrade Holding Co., LLC ("MortgageTrade" or "Defendant") respectfully moves to amend its Memorandum in Support of its Response in Opposition to Plaintiff's Motion for Sanctions ("Response") and states as follows:

After filing the Response, Defendant provided the undersigned counsel with information from the EEOC stage reflecting that Defendant's counsel had a more active role in the EEOC process than the language in the Response conveyed. The undersigned previously understood that Defendant had primarily responded to Plaintiff's EEOC Charge itself, and there was minimal attorney involvement throughout the EEOC stage. The information clarified that counsel involvement was more than conveyed in the Response. The undersigned was not involved during the EEOC stage and submits this Motion to Amend to ensure that the factual record is accurately reflected.

The proposed amendment corrects that factual point in the Factual Background section and clarifies a few factual references in the legal argument section to conform with the corrected record. *See* **Exhibit A**, Proposed Amended Response. It does not alter Defendant's legal arguments, does not change the relief sought, and does not prejudice Plaintiff. Defendant files this motion promptly upon learning of the additional information.

1

**WHEREFORE**, Defendant respectfully requests that the Court grant leave to file the Amended Response attached hereto.

**RESPECTFULLY SUBMITTED**, this the 21st day of January, 2026.

*/s/ Whitney J. Jackson*
J. William Manuel (MSB #9891)
Whitney J. Jackson (MSB #106120)
Emily C. Stanfield (MSB #106864)
Bradley Arant Boult Cummings LLP
One Jackson Place
188 E. Capitol Street, Suite 1000
Jackson, Mississippi 39201
Telephone: (601) 948–8000
Facsimile:  (601) 948–3000
wmanuel@bradley.com
wjackson@bradley.com
estanfield@bradley.com
*Attorneys for MortgageTrade Holding Co., LLC d/b/a mTrade*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this date served the foregoing via ECF filing system, which will provide notice to all counsel of record.

This the 21st day of January, 2026.

*/s/ Whitney J. Jackson*
Whitney J. Jackson
